# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **GLEN STEWART** | **CIVIL ACTION NO. 3:21-CV-03789** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CALEB LOFTIN, JUSTIN MORRIS, DOE OFFICER 1-5, LAMAR DAVIS IN HIS OFFICIAL CAPACITY AS THE SUPERINTENDENT OF THE LOUISIANA STATE POLICE, GARY GILLEY IN HIS OFFICIAL CAPACITY AS SHERIFF OF THE RICHLAND PARISH SHERIFF'S OFFICE, AND DOE INSURANCE COMPANY 1-10** | **MAG. JUDGE KAREN L. HAYES** |

**************************************************************************

## INVOCATION OF THE DEFENSE OF QUALIFIED IMMUNITY, AFFIRMATIVE DEFENSES, ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Caleb Loftin ("Loftin" and/or "Defendant"), who respectfully files the following Answer and Affirmative Defenses in response to the allegations contained in the *First Amended Complaint*, filed by Glen Stewart, Plaintiff herein. Defendant denies each and every allegation contained in therein, except those which are hereinafter expressly admitted, and further represents that:

## INVOCATION OF THE DEFENSE OF QUALIFIED IMMUNITY

Defendant hereby invokes the defense of qualified immunity, which bars Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against Defendant upon which relief can be granted, in whole or in part.

### SECOND AFFIRMATIVE DEFENSE

The sole and only cause and proximate cause of any damage to Plaintiff was his own actions and/or omissions or the actions and/or omissions of others over whom Defendant had no control.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's suit is barred, in whole or in part, by the applicable statute of limitations or prescriptive period.

### FOURTH AFFIRMATIVE DEFENSE

At all times, the Defendant's actions were professional, lawful and appropriate under the circumstances of the incident sued upon, therefore Defendant asserts the defense of qualified immunity. Defendant acted with no unlawful intent whatsoever.

### FIFTH AFFIRMATIVE DEFENSE

Defendant denies that any state or federal violations occurred in the instant case.

### SIXTH AFFIRMATIVE DEFENSE

Defendant denies that Plaintiff is entitled to any relief under federal or state law.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant affirmatively denies that Plaintiff sustained any damages as a result of any alleged unlawful action by Defendant.

### EIGHTH AFFIRMATIVE DEFENSE

As a political subdivision of the State of Louisiana, Defendant is entitled to and hereby pleads the statutory limitation of liability, costs, and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and/or interest available to Defendants under the law.

### NINTH AFFIRMATIVE DEFENSE

Alternatively, in the event the actions of Defendant are found to have been the proximate cause of any injury to Plaintiff, which is at all times denied, such actions were accidental and/or inadvertent, without malice or intent to deprive Plaintiff of his civil rights or any rights afforded under federal or state law.

### TENTH AFFIRMATIVE DEFENSE

Defendant avers that none of his actions deprived Plaintiff of any rights secured by the United States Constitution.

### ELEVENTH AFFIRMATIVE DEFENSE

The Defendant further pleads comparative negligence, consent and/or other acts constituting fault or consent on the part of Plaintiff which may bar recovery herein, or alternatively, act as a diminution to any damages.

### TWELFTH AFFIRMATIVE DEFENSE

Defendant herein pleads that, to the extent that any acts or omissions of the Defendant are found to be a cause of the Plaintiff's damages, which is denied, that all such acts or omissions constitute policy-making or discretionary acts, which said acts were in the course and scope of Defendant's lawful powers and duties and, as such, he is immune from tort liability under Federal and Louisiana law, including but not limited to L.S.A. R.S. 9:2798.1.

## THIRTEENTH AFFIRMATIVE DEFENSE

Defendant also reserves the right to assert any and all additional applicable immunities available under law.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant also reserves the right to assert further affirmative defenses as they become evident through discovery or further investigation.

AND NOW, further answering the specific allegations enumerated in Plaintiff's *First Amended Complaint*, Defendant denies each and every allegation except as expressly admitted below:

1.

Defendant denies the allegations contained in Paragraph 1 of the Complaint for lack of sufficient information upon which to justify a belief therein.

2.

Defendant denies the allegations contained in Paragraph 2 of the Complaint which pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

3.

Defendant denies the allegations contained in Paragraph 3 of the Complaint which pertain to Loftin.  All other allegations are denied for lack of sufficient information to justify a belief therein.

4.

Defendant denies the allegations contained in Paragraph 4 of the Complaint.

5.

Defendant denies the allegations contained in Paragraph 5 of the Complaint for lack of sufficient information upon which to justify a belief therein.

6.

Defendant denies the allegations contained in Paragraph 6 of the Complaint for lack of sufficient information upon which to justify a belief therein.

7.

Defendant denies the allegations contained in Paragraph 37of the Complaint which pertain to Loftin.  All other allegations are denied for lack of sufficient information to justify a belief therein.

8.

Defendant denies the allegations contained in Paragraph 8 of the Complaint for lack of sufficient information upon which to justify a belief therein.

9.

Defendant denies the allegations contained in Paragraph 9 of the Complaint which pertain to Loftin.  All other allegations are denied for lack of sufficient information to justify a belief therein.

10.

Defendant denies the allegations contained in Paragraph 10 of the Complaint for lack of sufficient information upon which to justify a belief therein.

11.

Defendant denies the allegations contained in Paragraph 11 of the Complaint pertaining to RPSO. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

12.

Defendant denies the allegations contained in Paragraph 12 of the Complaint pertaining to RPSO. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

13.

Defendant denies the allegations contained in Paragraph 13 of the Complaint pertaining to RPSO and Sheriff Gary Gilley, and notes that Plaintiff has cited unsubstantiated allegations that are the subject of ongoing litigation.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

14.

Defendant denies the allegations contained in Paragraph 14 of the Complaint for lack of sufficient information upon which to justify a belief therein.

15.

Defendant denies the allegations contained in Paragraph 15 of the Complaint for lack of sufficient information upon which to justify a belief therein.

16.

Defendant denies the allegations contained in Paragraph 16 of the Complaint for lack of sufficient information upon which to justify a belief therein.

17.

Defendant denies the allegations contained in Paragraph 17 of the Complaint for lack of sufficient information upon which to justify a belief therein.

18.

Defendant denies the allegations contained in Paragraph 18 of the Complaint for lack of sufficient information upon which to justify a belief therein.

19.

Defendant denies the allegations contained in Paragraph 19 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

20.

Defendant denies the allegations contained in Paragraph 20 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

21.

Defendant denies the allegations contained in Paragraph 21 of the Complaint for lack of sufficient information upon which to justify a belief therein.

22.

Defendant denies the allegations contained in Paragraph 22 of the Complaint for lack of sufficient information upon which to justify a belief therein.

23.

Defendant denies the allegations contained in Paragraph 23 of the Complaint for lack of sufficient information upon which to justify a belief therein.

24.

Defendant denies the allegations contained in Paragraph 24 of the Complaint for lack of sufficient information upon which to justify a belief therein.

25.

Defendant denies the allegations contained in Paragraph 25 for lack of sufficient information upon which to justify a belief therein.

26.

Defendant admits Gary Gilley's status as Sheriff of Richland Parish.  All other allegations are denied for lack of sufficient information to justify a belief therein.

27.

Defendant denies the allegations contained in Paragraph 27 of the Complaint for lack of sufficient information upon which to justify a belief therein.

28.

Defendant denies the allegations contained in Paragraph 28 of the Complaint for lack of sufficient information to justify a belief therein.

29.

Defendant denies the allegations contained in Paragraph 29 of the Complaint for lack of sufficient information to justify a belief therein.

30.

Defendant denies the allegations contained in Paragraph 30 of the Complaint for lack of sufficient information upon which to justify a belief therein.

31.

Defendant denies the allegations contained in Paragraph 31 of the Complaint for lack of sufficient information to justify a belief therein.

32.

Defendant denies the allegations contained in Paragraph 32 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information to justify a belief therein.

33.

Defendant denies the allegations contained in Paragraph 33 of the Complaint for lack of sufficient information upon which to justify a belief therein.

34.

Defendant denies the allegations in Paragraph 34 of the Complaint for lack of sufficient information to justify a belief therein.

35.

Defendant denies the allegations contained in Paragraph 35 of the Complaint.

36.

Defendant denies the allegations contained in Paragraph 36 of the Complaint for lack of sufficient information upon which to justify a belief therein.

37.

Defendant denies the allegations contained in Paragraph 37 of the Complaint for lack of sufficient information to justify a belief therein.

38.

Defendant denies the allegations contained in Paragraph 38 of the Complaint.

39.

Defendant denies the allegations contained in Paragraph 39 of the Complaint for lack of sufficient information upon which to justify a belief therein.

40.

Defendant denies the allegations contained in Paragraph 40 of the Complaint for lack of sufficient information upon which to justify a belief therein.

41.

Defendant denies the allegations contained in Paragraph 41 of the Complaint for lack of sufficient information upon which to justify a belief therein.

42.

Defendant denies the allegations contained in Paragraph 42 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

43.

Defendant denies the allegations contained in Paragraph 43 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

44.

Defendant denies the allegations contained in Paragraph 44 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

45.

Defendant denies the allegations contained in Paragraph 45 of the Complaint are denied as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

46.

Defendant denies the allegations contained in Paragraph 46 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

47.

Defendant denies the allegations contained in Paragraph 47 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

48.

Defendant denies the allegations contained in Paragraph 48 of the Complaint for lack of sufficient information upon which to justify a belief therein.

49.

Defendant denies the allegations contained in Paragraph 49 of the Complaint for lack of sufficient information upon which to justify a belief therein.

50.

Defendant admits Sheriff Gary Gilley's status as a Defendant in an equally meritless and ongoing lawsuit filed by Antonio Harris.  All other allegations are denied for lack of sufficient information to justify a belief therein.

51.

Defendant denies the allegations contained in Paragraph 51 of the Complaint for lack of sufficient information upon which to justify a belief therein.

52.

Defendant denies the allegations contained in Paragraph 52 of the Complaint for lack of sufficient information upon which to justify a belief therein.

53.

Defendant denies the allegations contained in Paragraph 53 of the Complaint for lack of sufficient information upon which to justify a belief therein.

54.

Defendant denies the allegations contained in Paragraph 54 of the Complaint for lack of sufficient information upon which to justify a belief therein.

55.

Defendant denies the allegations contained in Paragraph 55 of the Complaint for lack of sufficient information upon which to justify a belief therein.

56.

Defendant denies the allegations contained in Paragraph 56 of the Complaint they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

57.

Defendant denies the allegations contained in Paragraph 57 of the Complaint.

58.

Defendant denies the allegations contained in Paragraph 58 of the Complaint.

59.

Defendant denies the allegations contained in Paragraph 59 of the Complaint.

60.

Defendant denies the allegations contained in Paragraph 60 of the Complaint.

61.

Defendant denies the allegations contained in Paragraph 61 of the Complaint.

62.

Defendant denies the allegations contained in Paragraph 62 of the Complaint.

63.

Defendant denies the allegations contained in Paragraph 63 of the Complaint for lack of sufficient information upon which to justify a belief therein.

64.

Defendant denies the allegations contained in Paragraph 64 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

65.

Defendant denies the allegations contained in Paragraph 65 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

66.

Defendant denies the allegations contained in Paragraph 66 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

67.

Defendant denies the allegations contained in Paragraph 67 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

68.

Defendant denies the allegations contained in Paragraph 68 for lack of sufficient information upon which to justify a belief therein.

69.

Defendant denies the allegations contained in Paragraph 69 of the for lack of sufficient information upon which to justify a belief therein.

70.

Defendant denies the allegations contained in Paragraph 70 of the Complaint for lack of sufficient information upon which to justify a belief therein.

71.

The allegations contained in Paragraph 71 of the Complaint are denied for lack of sufficient information to justify a belief therein.

72.

Defendant denies the allegations contained in Paragraph 72 of the Complaint for lack of sufficient information upon which to justify a belief therein.

73.

Defendant denies the allegations contained in Paragraph 73 of the Complaint for lack of sufficient information upon which to justify a belief therein.

74.

Defendant denies the allegations contained in Paragraph 74 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

75.

Defendant denies the allegations contained in Paragraph 75 of the Complaint for lack of sufficient information upon which to justify a belief therein.

76.

Defendant denies the allegations contained in Paragraph 76 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

77.

Defendant denies the allegations contained in Paragraph 77 of the Complaint for lack of sufficient information upon which to justify a belief therein.

78.

Defendant denies the allegations contained in Paragraph 78 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

79.

Defendant denies the allegations contained in Paragraph 79 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

80.

Defendant denies the allegations contained in Paragraph 80 of the Complaint.

81.

Defendant denies the allegations contained in Paragraph 81 of the Complaint.

82.

Defendant denies the allegations contained in Paragraph 82 of the Complaint for lack of sufficient information upon which to justify a belief therein.

83.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

84.

Defendant denies the allegations contained in Paragraph 84 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

85.

Defendant denies the allegations contained in Paragraph 85 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

86.

Defendant denies the allegations contained in Paragraph 86 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

87.

Defendant denies the allegations contained in Paragraph 87 of the Complaint for lack of sufficient information upon which to justify a belief therein.

88.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

89.

Defendant denies the allegations contained in Paragraph 89 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

90.

Defendant denies the allegations contained in Paragraph 90 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

91.

Defendant denies the allegations contained in Paragraph 91 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

92.

Defendant denies the allegations contained in Paragraph 92 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

93.

Defendant denies the allegations contained in Paragraph 93 of the Complaint for lack of sufficient information upon which to justify a belief therein.

94.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

95.

Defendant denies the allegations contained in Paragraph 95 of the Complaint as they pertain to Loftin, insofar as Defendant was not present for any alleged use of excessive force. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

96.

Defendant denies the allegations contained in Paragraph 96 of the Complaint for lack of sufficient information upon which to justify a belief therein.

97.

Defendant denies the allegations contained in Paragraph 97 of the Complaint as they pertain to Loftin, insofar as Defendant was not present for any alleged use of excessive force.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

98.

Defendant denies the allegations contained in Paragraph 98 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

99.

Defendant denies the allegations contained in Paragraph 99 of the Complaint for lack of sufficient information upon which to justify a belief therein.

100.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

101.

Defendant denies the allegations contained in Paragraph 101 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

102.

Defendant denies the allegations contained in Paragraph 102 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

103.

Defendant denies the allegations contained in Paragraph 103 of the Complaint.

104.

Defendant denies the allegations contained in Paragraph 104 of the Complaint for lack of sufficient information upon which to justify a belief therein.

105.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

106.

Defendant denies the allegations contained in Paragraph 106 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

107.

Defendant denies the allegations contained in Paragraph 107 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

108.

Defendant denies the allegations contained in Paragraph 108 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

109.

Defendant denies the allegations contained in Paragraph 109 of the Complaint.

110.

Defendant denies the allegations contained in Paragraph 110 of the Complaint for lack of sufficient information to justify a belief therein.

111.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

112.

Defendant denies the allegations contained in Paragraph 112 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

113.

Defendant denies the allegations contained in Paragraph 113 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

114.

Defendant denies the allegations contained in Paragraph 114 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

115.

Defendant denies the allegations contained in Paragraph 115 of the Complaint as they pertain to Loftin.  All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

116.

Defendant denies the allegations contained in Paragraph 116 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

117.

Defendant denies the allegations contained in Paragraph 117 of the Complaint.

118.

Defendant denies the allegations contained in Paragraph 118 of the Complaint for lack of sufficient information to justify a belief therein.

119.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

120.

Defendant denies the allegations contained in Paragraph 120 of the Complaint.

121.

Defendant denies the allegations contained in Paragraph 121 of the Complaint.

122.

Defendant denies the allegations contained in Paragraph 122 of the Complaint.

123.

Defendant denies the allegations contained in Paragraph 123 of the Complaint.

124.

Defendant denies the allegations contained in Paragraph 124 of the Complaint.

125.

Defendant denies the allegations contained in Paragraph 125 of the Complaint.

126.

Defendant denies the allegations contained in Paragraph 126 of the Complaint.

127.

Defendant denies the allegations contained in Paragraph 127 of the Complaint.

128.

Defendant denies the allegations contained in Paragraph 128 of the Complaint for lack of sufficient information upon which to justify a belief therein.

129.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

130.

Defendant denies the allegations contained in Paragraph 130 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

131.

Defendant denies the allegations contained in Paragraph 131 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

132.

Defendant denies the allegations contained in Paragraph 132 of the Complaint.

133.

Defendant denies the allegations contained in Paragraph 133 of the Complaint.

134.

Defendant denies the allegations contained in Paragraph 134 of the Complaint.

135.

Defendant denies the allegations contained in Paragraph 135 of the Complaint.

136.

Defendant denies the allegations contained in Paragraph 136 of the Complaint for lack of sufficient information upon which to justify a belief therein.

137.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

138.

Defendant denies the allegations contained in Paragraph 138 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

139.

Defendant denies the allegations contained in Paragraph 139 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

140.

Defendant denies the allegations contained in Paragraph 140 of the Complaint for lack of sufficient information upon which to justify a belief therein.

141.

Defendant denies the allegations contained in Paragraph 141 of the Complaint for lack of sufficient information upon which to justify a belief therein.

142.

Defendant denies the allegations contained in Paragraph 142 of the Complaint for lack of sufficient information upon which to justify a belief therein.

143.

Defendant denies the allegations contained in Paragraph 143 of the Complaint for lack of sufficient information to justify a belief therein.

144.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

145.

Defendant denies the allegations contained in Paragraph 145 of the Complaint.

146.

Paragraph 146 of the Complaint contains conclusions of law and do not require a response from this Defendant; however, out of an abundance of caution, the allegations are denied.

147.

Defendant denies the allegations contained in Paragraph 147 of the Complaint.

148.

Defendant denies the allegations contained in Paragraph 148 of the Complaint.

149.

Defendant denies the allegations contained in Paragraph 149 of the Complaint for lack of sufficient information to justify a belief therein.

150.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

151.

Defendant denies the allegations contained in Paragraph 151 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

152.

Defendant denies the allegations contained in Paragraph 152 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

153.

Defendant denies the allegations contained in Paragraph 153 of the Complaint for lack of sufficient information to justify a belief therein.

154.

Defendant denies the allegations contained in Paragraph 154 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

155.

Defendant denies the allegations contained in Paragraph 155 of the Complaint for lack of sufficient information upon which to justify a belief therein.

156.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

157.

Defendant denies the allegations contained in Paragraph 157 of the Complaint for lack of sufficient information to justify a belief therein.

158.

Defendant denies the allegations contained in Paragraph 158 of the Complaint for lack of sufficient information to justify a belief therein.

159.

Defendant denies the allegations contained in Paragraph 159 of the Complaint for lack of sufficient information to justify a belief therein.

160.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

161.

Defendant denies the allegations contained in Paragraph 161 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

162.

Defendant denies the allegations contained in Paragraph 162 of the Complaint for lack of sufficient information to justify a belief therein.

163.

Defendant denies the allegations contained in Paragraph 163 of the Complaint for lack of sufficient information to justify a belief therein.

164.

Defendant denies the allegations contained in Paragraph 164 of the Complaint for lack of sufficient information to justify a belief therein.

165.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

166.

Defendant denies the allegations contained in Paragraph 166 of the Complaint as they pertain to Loftin. All other allegations are denied for lack of sufficient information upon which to justify a belief therein.

167.

Defendant denies the allegations contained in Paragraph 167 of the Complaint for lack of sufficient information to justify a belief therein.

168.

Defendant denies the allegations contained in Paragraph 168 of the Complaint for lack of sufficient information to justify a belief therein.

169.

Defendant denies the allegations contained in Paragraph 169 of the Complaint for lack of sufficient information to justify a belief therein.

170.

Defendant reavers, restates, and reaffirms each and every prior response if pleaded fully herein.

171.

Defendant denies the allegations contained in Paragraph 171 of the Complaint for lack of sufficient information to justify a belief therein.

172.

Defendant denies the allegations contained in Paragraph 172 of the Complaint for lack of sufficient information to justify a belief therein.

173.

The allegations contained in Paragraph 173 of the Complaint are denied.

174.

Defendant, out of an abundance of caution, denies any and all other and remaining allegations, including all those that are numbered, labeled, unnumbered, unlabeled, mis-numbered, mislabeled, included as subsections to other paragraphs or sections, or that are construed to be amendments, supplements, or additions not herein answered, as they pertain to any named, misnamed, or unnamed Defendant(s).

**JURY DEMAND**

Defendant demands that this matter be tried before a jury as to all claims against all parties.

**PRAYER FOR RELIEF**

Plaintiff's prayer for relief does not appear to require a response but is denied out of an abundance of caution.

WHEREFORE, the premises considered, Defendant prays that this answer be deemed good and sufficient, that these defenses be maintained, and that after all due proceedings be had, there be judgment rendered herein in Defendant's favor and against Plaintiff, dismissing the entirety of Plaintiff's *First Amended Complaint*, with prejudice, at Plaintiff's sole cost.

Respectfully submitted,

**FROSCH RODRIGUE ARCURI, LLC**

*/s/ Jason P. Wixom*
Craig Frosch (LSBN 19580)
Blake J. Arcuri (LSBN 32322)
Laura C. Rodrigue (LSBN 30428)
Jason P. Wixom (LSBN 32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
(504) 592-4600 / Fax (504) 592-4641
E-Mail:cfrosch@fralawfirm.com
         barcuri@fralawfirm.com
         lrodrigue@fralawfirm.com
         jwixom@fralawfirm.com
*Counsel for Caleb Loftin*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of January, 2022, I have filed this pleading with the CM/ECF system and have served any non-participants by U.S. Mail.

*/s/ Jason P. Wixom*