IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Glen Stewart,<br><br>   *Plaintiff*,<br><br>v.<br><br>Caleb Loftin, Justin Morris, Doe Officers 1-5, Lamar Davis in his official capacity as the Superintendent of the Louisiana State Police, Gary Gilley in his official capacity as Sheriff of the Richland Parish Sheriff's Office and in his official capacity as Records Custodian for Richland Parish Sheriff's Office, and Doe Insurance Companies 1-10,<br><br>   *Defendants*. | **CIVIL ACTION NO. 3:21-CV-03789**<br>**JUDGE TERRY A. DOUGHTY**<br>**MAG. JUDGE KAYLA D. MCCLUSKY**<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM**

Plaintiff Glen Stewart files this Supplemental Memorandum (the "Supplemental Memorandum") to clarify misstatements in Defendants' Supplemental Memorandum, filed on May 4, 2022 (Dkt. No. 58).

*First*, Mr. Stewart agreed not to oppose the filing of Defendants' Supplemental Memorandum, but significantly still opposes Defendants' Motion to Stay filed on February 17, 2022 (the "Motion to Stay") (Dkt. No. 33) for the reasons outlined in Mr. Stewart's Oposition to Motion to Stay (Dkt. No. 46). Notably, nothing in Defendants' Supplemental Memorandum rebuts those arguments.

*Second*, Defendants misrepresent the state of the criminal proceedings, and that it is the *State that has consistently requested* that Mr. Stewart both agree to and move for a continuance. Declaration of Arthur Gilmore ("Gilmore Decl.") ¶ 2, Ex. A.

Mr. Stewart's defense counsel has done so *only* out of courtesy to the State. *Id.* Indeed, each time a continuance has occurred in the criminal proceedings, *the State has requested* that Mr. Stewart be the one to move for it, even though it was the *State that wanted* these continuances, including the one most recently requested on April 13, 2022. *Id.*

Contrary to the representations in Defendants' Supplemental Memorandum, Mr. Stewart has been prepared for over a year to move forward with his criminal proceedings. *Id.* Mr. Stewart filed a motion to quash on March 18, 2021 in these matters, the favorable resolution of which would result in the dismissal of *all* of Mr. Stewart's criminal charges in the Parish of Richland, Fifth Judicial District Court. *Id.* Accordingly, the motion to quash must be resolved *before* the criminal proceedings can move forward; yet the State continues to drag its feet, so that it can both kick the proverbial can down the road, while Defendants simultaneously argue that these postponements somehow require a stay in Mr. Stewart's civil case.

*Third*, and nevertheless, as Defendants no doubt concede, there are clearly claims in this case and related discovery that are completely separate from any of Mr. Stewart's criminal charges, and the April continuance has no impact on them. Indeed, Defendants make no argument in their Reply to the Motion to Stay (Dkt. No. 55) or in their Supplemental Memorandum that discovery concerning Defendants' brutal attack on Mr. Stewart in front of his home has anything to do with Mr. Stewart's charges.[1]

---

[1] The charge for "Aggravated Flight From An Officer Where Human Life Is Endangered" is not at all related to Defendants' beating, suffocation, and tasing of

For the foregoing reasons, the Court should deny the Motion to Stay.

Dated: May 9, 2022               Respectfully submitted,

/s/ *Megan. E. Snider*
Megan E. Snider (Trial Attorney)
(SBN LA 33382)
msnider@laaclu.org
Nora S. Ahmed* (SBN NY 5092374)
nahmed@laaclu.org
**ACLU FOUNDATION OF LOUISIANA**
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
(t) 504 522 0628

David Pekarek Krohn* (SBN WI 1092062)
DPekarekKrohn@perkinscoie.com
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
(t) (608) 663-7460

Hayden M. Schottlaender* (SBN TX 24098391)
HSchottlaender@perkinscoie.com
Emma Roberts* (SBN TX 24126601)
EmmaRoberts@perkinscoie.com
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(t) 214 965 7724

Abby L. Bloetscher* (SBN CA 312759)
ABloetscher@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105
(t) 415 344 7040

/s/ *Ariel B. Glickman*
Ariel B. Glickman* (SBN DC 1048666)
AGlickman@perkinscoie.com
**PERKINS COIE LLP**

---

Mr. Stewart—and occurred *before* Mr. Stewart arrived home and was brutally attacked. Indeed, according to Caleb Loftin's own affidavit of Mr. Stewart's arrest, *see* Ex. B at Loftin 0003, Mr. Stewart was taken into custody without incident.

700 Thirteenth Street NW, Suite 800
Washington, DC 20005
(t) (202) 654-6200

*Admitted *Pro Hac Vice*

**Counsel for Glen Stewart**