# EXHIBIT A

## in Support of
## Plaintiff's Supplemental Memorandum

## Declaration of Arthur Gilmore

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Glen Stewart,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>Caleb Loftin, Justin Morris, Doe Officers 1-5, Lamar Davis in his official capacity as the Superintendent of the Louisiana State Police, Gary Gilley in his official capacity as Sheriff of the Richland Parish Sheriff's Office and in his official capacity as Records Custodian for Richland Parish Sheriff's Office, and Doe Insurance Companies 1-10,<br><br>　　　　*Defendants.* | **CIVIL ACTION NO. 3:21-CV-03789**<br><br>**JUDGE TERRY A. DOUGHTY**<br><br>**MAG. JUDGE KAYLA D. MCCLUSKY**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ARTHUR GILMORE
IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM**

I, Arthur Gilmore, hereby declare as follows:

1. I am over 18 years of age. The following facts are true and based on my personal knowledge, and if called and sworn as a witness, I could competently testify to them.

2. I represent Glen Stewart in his criminal proceedings before the Parish of Richland, Fifth Judicial District Court, Case Nos. 2021-M-14 and 2021-F-05. On March 18, 2021, I filed a motion to quash in both of these matters, which—if granted—would result in the dismissal of all charges in these two matters against Mr. Stewart. Since I filed that motion over one year ago, I have been fully prepared to argue it and move forward with Mr. Stewart's criminal proceedings. However, each time the motion has been scheduled to be heard, the State has requested that Mr.

- 2 -

Stewart both agree to and move for a continuance. As a result, I have only ever moved for a continuance, including the one most recently requested on April 13, 2022, out of courtesy to the State, even though it was the State that wanted these continuances.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2022 .

DocuSigned by:

*Arthur Gilmore, Jr*

B8BFBEB44352491...

Arthur Gilmore