# EXHIBIT B

## in Support of
## Plaintiff's Supplemental Memorandum

## Caleb Loftin's Affidavit of Arrest

**STATE OF LOUISIANA**
**PARISH OF RICHLAND**
**5TH JUDICIAL DISTRICT**
**AFFIDAVIT OF ARREST**

NO: _____

**STATE OF LOUISIANA**
   VERSUS
**GLEN DONNELL STEWART**
REDACTED
Delhi, LA, 71232
REDACTED
REDACTED
**Black Male**

I, **Caleb Loftin**, certify under oath that one **GLEN DONNELL STEWART** did commit

1 Count of RS32:295.1--SAFETY BELT USE-- (MISDEMEANOR)

1 Count of RS32:863.1--NO PROOF OF INSURANCE-- (MISDEMEANOR)

1 Count of RS32:300--POSS OF ALCOHOLIC BEV IN VEH-- (MISDEMEANOR)

1 Count of RS32:58--CARELESS OPERATION-- (MISDEMEANOR)

1 Count of RS14:134.2--Destruction of Contraband-- (MISDEMEANOR)

1 Count of RS40:966/C--POSSESSION OF SCHEDULE I CDS-- (MISDEMEANOR)

1 Count of RS40:1023--PROHIBITED ACTS/DRUG PARAPHERNALIA-- (MISDEMEANOR)

1 Count of RS14:108.1--FLIGHT FROM AN OFFICER; AGGRAVATED FLIGHT FROM AN OFFICER-- (FELONY)

1 Count of RS32:79--IMPROPER LANE USAGE-- (MISDEMEANOR)

1 Count of RS32:62--MAXIMUM SPEED LIMIT 112 in 55 zone-- (MISDEMEANOR)

1 Count of RS32:105--Improper Turn Signal-- (MISDEMEANOR)

within this State and Parish, and the jurisdiction of the 5TH Judicial District Court, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same. I certify that the accused committed the above-described offense and was arrested for said offense on **11/08/2020** at **00:56** hours based on the following information:

# STATE OF LOUISIANA
## PARISH OF RICHLAND
## 5TH JUDICIAL DISTRICT
## AFFIDAVIT OF ARREST

On Sunday November 8, 2020, at approx 23:58, I, Dy Caleb Loftin, was traveling Northbound on Hwy 17 south of Delhi when I observed a vehicle traveling south bound in the northbound lane of Hwy 17. I pulled off to the right shoulder of the road as the black suburban, bearing LA tag 490 AEE, passed at a high rate of speed. I activated my rear radar and it gave the vehicle speed of 72 in a 55 mph zone. I turned my patrol unit around and caught up to the vehicle, still traveling at approx 70 mph. I initiated a traffic stop using my emergency lights. As I approached the vehicle, I could smell the odor of alcohol and observed an open Coors light bottle in the center console. As I introduced myself, the driver, later identified as Glen Donnell Stewart, handed me his identification and was looking for his insurance inside the center console. He stated he couldn't find the current insurance but continued digging inside and around the passenger side of the console. I asked Stewart to stop digging around in the console and place his hands on the steering wheel, as I observed several orange, unlabeled pill bottles in the center console with unknown contents. Stewart refused and moved his right hand down to the right of the console and the passenger seat. I gave several loud verbal commands to show his hands and asked him again to stop digging around in and around the console. Stewart refused and leaned over towards the seat and said "please don't kill me, I am not reaching for a gun, there's not a gun in the vehicle, I'm not reaching for a gun.". I pulled my firearm from my holster and again, gave loud verbal commands to show me his hands. Stewart never moved his right hand from between the right of the console and the passenger seat as he reached over with his left hand and placed the vehicle in drive and started rolling away. I gave loud verbal commands to stop the vehicle and let me see your hands. Stewart refused and accelerated the vehicle southbound on hwy 17 at a high rate of speed.

I advised RPSO dispatch that the driver had taken off and was running from me. I returned to my patrol car, activated my audible siren and started pursuing Stewart and his vehicle southbound on Hwy 17. I advised RPSO that I was in pursuit and asked that they notify Franklin Parish. I caught up to Stewart as he maintained a speed of between approx 90mph - 115 mph. Stewart started swerving into the opposite side of the roadway into oncoming traffic multiple times while traveling well over 100 mph, forcing oncoming cars off the roadway. Stewart was driving from right shoulder to left shoulder, over and over and then slowed to approx 60 mph and it appeared that he threw several items out of the passenger side window into a wood line. Stewart again accelerated back up to speeds of over I'm. As we approached Lamar Church Rd at a high rate of speed, Stewart abruptly slowed the vehicle and made a right turn from hwy 17 onto Lamar Church Road and quickly accelerated again to speeds of about 80 mph. Stewart braked his vehicle suddenly and made an abrupt right turn into the address of 164 Lamar Church Rd and brought the vehicle to a stop. I pulled my patrol unit behind the black suburban as Stewart exited the vehicle with his hands tucked into the front of his body,. Steward turned and ran to the front of the suburban he was driving and kneeled down. I immediately backed my vehicle up to the roadway and started giving loud verbal commands through my patrol units PA system for Steward to come out from behind the vehicle with his hands in the air. Stewart refused as i repeatedly instructed him to come out with his hands up.

Several Franklin units arrived along with RPSO and we took Stewart into custody with no further incident. While completing the vehicle inventory, I only found 1 of the several bottles in the center console that I observed in there earlier during the traffic stop and it contained what appeared to be marijuana. It was taken, bagged and turned in as evidence.

Louisiana State Police completed the Field sobriety on Stewart, in which he failed, and he was taken to Franklin Parish Detention Center for further testing by Richland Deputy Brian Heisler. Stewart refused chemical testing and was charged with LA RS 14:98 by LSP. Stewart was transported to RPDC for booking on the listed Charges.

We returned to the area where I observed what looked to be items thrown from the vehicle and was not able to locate any items.

# STATE OF LOUISIANA
## PARISH OF RICHLAND
## 5TH JUDICIAL DISTRICT
## AFFIDAVIT OF ARREST

I hereby certify under oath the facts contained herein to be true and correct, under penalties of perjury, so help me God.

*/s/ Caleb Loftin*

Caleb Loftin
Affiant

THUS DONE AND PASSED on the ___9___ day of ___November___, ___2020 , after reading of the whole.

*/s/ Stephen Dean*

Stephen G Dean

Judge, 5th Judicial District

CONSIDERING THE ABOVE AND FOREGOING, it is determined that probable cause for arrest _____DID_____ exist in the above entitled case and defendant ___SHOULD_____ remain incarcerated at this time. This determination being made this ___9___ day of ___November___, ___2020___ at ___06:43:19____.

*/s/ Stephen Dean*

Stephen G Dean

Judge, 5th Judicial District

Judge, 5TH Judicial District Court
State of Louisiana