IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Glen Stewart,<br><br>　　　　　*Plaintiff,*<br>v.<br><br>Caleb Loftin, Justin Morris, Doe Officers 1-5, Lamar Davis in his official capacity as the Superintendent of the Louisiana State Police, Gary Gilley in his official capacity as Sheriff of the Richland Parish Sheriff's Office and in his official capacity as Records Custodian for Richland Parish Sheriff's Office, and Doe Insurance Companies 1-10,<br><br>　　　　　*Defendants*. | **CIVIL ACTION NO. 3:21-CV-03789**<br><br>**JUDGE TERRY A. DOUGHTY**<br><br>**MAG. JUDGE KAYLA D. MCCLUSKY**<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to this Court's Order of June 15, 2022, Plaintiff Glen Stewart and Defendants Sheriff Gary Gilley, Caleb Loftin, Lamar Davis, and Justin Morris (the "Parties"), through undersigned counsel, hereby state that criminal proceedings against Plaintiff remain pending. The Parties will jointly move to lift the stay if these charges are resolved in the next 180 days. If they are not, the Parties will file an additional Joint Status Report in another 180 days, unless this Court orders otherwise.

Dated this 12th day of June, 2023.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ E. Bridget Wheeler*
　　　　　　　　　　　　　　　　　　　　Erin Bridget Wheeler (TA) (SBN LA 37546)
　　　　　　　　　　　　　　　　　　　　bwheeler@laaclu.org
　　　　　　　　　　　　　　　　　　　　Nora S. Ahmed* (SBN NY 5092374)
　　　　　　　　　　　　　　　　　　　　nahmed@laaclu.org
　　　　　　　　　　　　　　　　　　　　**ACLU FOUNDATION OF LOUISIANA**
　　　　　　　　　　　　　　　　　　　　1340 Poydras Street, Suite 2160
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70112
　　　　　　　　　　　　　　　　　　　　(t) (504) 522-0628

David Pekarek Krohn* (SBN WI 1092062)
DPekarekKrohn@perkinscoie.com
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
(t) (608) 663-7460

Hayden M. Schottlaender*
(SBN TX 24098391)
HSchottlaender@perkinscoie.com
Emma Roberts* (SBN TX 24126601)
EmmaRoberts@perkinscoie.com
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(t) (214) 965-7724

Abby L. Bloetscher* (SBN CA 312759)
ABloetscher@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
(t) (415) 344-7040

*/s/ Ariel B. Glickman*
Ariel B. Glickman* (SBN DC 1048666)
AGlickman@perkinscoie.com
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
(t) (202) 654-6200

*Admitted *Pro Hac Vice*

***Counsel for Glen Stewart***


*/s/ Jason P. Wixom*
Blake J. Arcuri (LSBN 32322)
barcuri@fralawfirm.com
Laura C. Rodrigue (LSBN 30428)
lrodrigue@fralawfirm.com
Jason P. Wixom (LSBN 32273)
jwixom@fralawfirm.com
**FROSCH, RODRIGUE, ARCURI LLC**
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
(t) (504) 592-4600

***Counsel for Sheriff Gilley & Caleb Loftin***

JEFF LANDRY
Attorney General

By: ___/s/ *Jennie P. Pellegrin*___
Jennie P. Pellegrin (LSBN 25207)
jpellegrin@neunerpate.com
Ben L. Mayeaux (LSBN 19042)
bmayeaux@neunerpate.com
**NEUNERPATE**
One Petroleum Center, Suite 200
1001 West Pinhook Road (zip 70503)
Lafayette, Louisiana 70505
(t) (337) 237-7000

*Counsel for Colonel Lamar Davis*

By: */s/ Marc D. Moroux*
Marc D. Moroux (LSBN 19071)
marcmoroux@gibsonlawpartners.com
Kevin C. Ellis (LSBN 38731)
kevinellis@gibsonlawpartners.com
**GIBSON LAW PARTNERS, LLC**
2448 Johnston Street (70503)
P.O. Box 52124
Lafayette, Louisiana 70505
(t) 337-761-6023

*Counsel for Justin Morris*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of June, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Ariel B. Glickman*
Ariel B. Glickman