# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GLEN STEWART, | Civil Action No. 3:21-CV-03789 |
| *Plaintiff*, | |
| v. | JUDGE TERRY A. DOUGHTY |
| CALEB LOFTIN ET AL, | |
| *Defendants*. | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

Considering the foregoing Motion to Substitute Counsel,

IT IS HEREBY ORDERED that Erin Bridget Wheeler of the ACLU of Louisiana shall be entered into the record of this Court as counsel for Plaintiff.

IT IS HEREBY ORDERED that Megan E. Snider be removed as counsel of record herein on behalf of Plaintiff.

Monroe, Louisiana, this 13th day of June 2023

U.S. Magistrate Judge