UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GLEN STEWART** | **CASE NO. 3:21-CV-03789** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CALEB LOFTIN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 122] having been considered, together with the Objection [Doc. No. 126] filed by Plaintiff Glen Stewart ("Stewart"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Doc. No. 92] filed by Defendant Sheriff Gary Gilley is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Glen Stewart's *Monell* liability claims pursuant to 42 U.S.C. § 1983 and his claim under Louisiana Revised Statute § 44:1 against Defendant Sheriff Gary Gilley is **DISMISSED WITHOUT PREJUDICE.**

**MONROE, LOUISIANA**, this 7th day of March 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE