UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **GLEN STEWART** | **CASE NO.  3:21-CV-03789** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CALEB LOFTIN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 129] having been considered, together with the written objections [Doc. No. 132] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 91] is **GRANTED IN PART** and **DENIED IN PART**. To the extent that Defendant sought dismissal of (1) any claim against him in his individual capacity; (2) a Fourteenth Amendment due process violation claim; (3) vicarious liability under section 1983; (3) an Eighth Amendment claim regarding any events that occurred inside the jail; and (4) negligent hiring, training, and/or supervision, the motion is **DENIED AS MOOT**, as Plaintiff Glen Stewart has clarified he brought only a § 1983 claim against the now-substituted Defendant Col. Hodges. To the extent that Defendant seeks dismissal of the sole claim against him, the motion is **GRANTED**, and the claims

against Col. Hodges are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Col. Hodge's request for costs associated with the litigation of this motion to dismiss is **GRANTED.** If Col. Hodges wishes to pursue the reimbursement of costs, he must submit a Bill of Costs within fifteen (15) days of the date any judgment is entered in his favor.

**IT IS FURTHER ORDERED** that Col. Hodges's request for attorney's fees associated with the litigation of this motion to dismiss is **DENIED.**

MONROE, Louisiana, this 14th day of April 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE