IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| Glen Stewart, | § | CIVIL ACTION NO. 3:21-CV-03789 |
| *Plaintiff*, | § § § | JUDGE TERRY A. DOUGHTY |
| v. | § § | MAGISTRATE JUDGE MCCLUSKY |
| Caleb Loftin, *et al.*, | § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made for DORIANNE SALMON to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Glen Stewart in the above action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the State of Washington. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Malcolm Lloyd (LA Bar No. 41573) of the firm of ACLU Foundation of Louisiana is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10.

184143795.1

I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| /s/ Dorianne Salmon | /s/ Malcolm Lloyd |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |

| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
|---|---|
| Name: Dorianne Salmon | Name: Malcolm Lloyd (LA Bar No. 41573) |
| Firm: PERKINS COIE LLP | Firm: ACLU Foundation of Louisiana |
| Address: 1301 Second Ave., Ste. 4200, Seattle, WA 98101-3804 | Address: 1340 Poydras Street, Suite 2160, New Orleans, LA 70112 |
| Telephone: 206.359.3695 | Telephone: 504.522.0628 |
| Fax: 206.359.9000 | Fax: 504.613.6511 |
| E-mail: DSalmon@perkinscoie.com | E-mail: mlloyd@laaclu.org |
| Additional e-mail(s): AAyrapetov@perkinscoie.com | |

184143795.1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 23, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which I understand will send notice of electronic filing to all parties and counsel of record.

                                        */s/ Malcolm Lloyd*
                                          Malcolm Lloyd

184143795.1