**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| Glen Stewart, | § | **CIVIL ACTION NO. 3:21-CV-03789** |
| | § | |
| *Plaintiff,* | § | **JUDGE TERRY A. DOUGHTY** |
| | § | |
| v. | § | **MAGISTRATE JUDGE MCCLUSKY** |
| | § | |
| Caleb Loftin, *et al.*, | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendants*. | § | |
| | § | |

**ORDER**

IT IS ORDERED that DORIANNE SALMON be and is hereby admitted to the bar of

this Court pro hac vice on behalf of Plaintiff, Glen Stewart, in the above described action.

SO ORDERED on this, the _____ day of October, 2025.

_____

U.S. Magistrate Judge Kayla D. McClusky

184144271.1