UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| GLEN STEWART,<br>   Plaintiff, | ) <br> ) | CIVIL ACTION NO. 3:21-cv-03789 |
| | ) | JUDGE: TERRY A. DOUGHTY |
| VERSUS | ) <br> ) | |
| | ) | MAGISTRATE JUDGE MCCLUSKY |
| CALEB LOFTIN, ET AL.,<br>   Defendants | ) <br> ) | |
|   | ) | |

## JOINT NOTICE OF PARTIAL SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Glen Stewart, and Defendants, Sheriff Neal Harwell[1] and Caleb Loftin, who, pursuant to LR. 16.4, wish to jointly report that these specific parties have reached an agreement to settle all claims advanced by Plaintiff against these Defendants. The parties are currently working on a written settlement agreement and anticipate filing a Joint Motion to Dismiss with Prejudice in the near future. This Notice of Partial Settlement and any corresponding Order of Dismissal shall not affect Plaintiff's claims and action against co-defendant, Trooper Justin Morris.

---

[1] Plaintiff's Complaint and First Amended Complaint named Sheriff Gary Gilley, then Sheriff of Richland Parish. Upon Sheriff Gary Gilley's death, Sheriff Neal Harwell was automatically substituted as a defendant successor under Fed. R. Civ. P. 25(d).

184471108.3
1

Respectfully submitted,

By: */s/ Jason P. Wixom*
    Jason P. Wixom (LSBN 32273)
    Blake J. Arcuri (LSBN 32322)
    Laura C. Rodrigue (LSBN 30428)
    **RODRIGUE & ARCURI, LLP**
    1615 Poydras Street, Suite 1250
    New Orleans, Louisiana 70112
    Telephone: (504) 592-4600
    Facsimile: (504) 592-4641
    Email:    jwixom@fralawfirm.com
    Email:    blake@rodriguearcuri.com

***Counsel for Sheriff Neal Harwell and Caleb Loftin***

By: */s/ Malcom Lloyd*
    Malcolm Lloyd (SBN LA 41573)
    mlloyd@laaclu.org
    Charles Andrew Perry (SBN LA 40906)
    APerry@laaclu.org
    Nora S. Ahmed* (SBN NY 5092374)
    NAhmed@laaclu.org
    ACLU FOUNDATION OF LOUISIANA
    1340 Poydras Street, Suite 2160
    New Orleans, LA 70112
    (t) (504) 522-0628

    Krista Dolan* (SBN FL 1012147)
    Krista.dolan@splcenter.org
    SOUTHERN POVERTY LAW CENTER
    PO Box 10788
    Tallahassee, FL 32302-2788
    (t) (850) 688-3908

    Latasha McCrary* (ASB 1935-L75M)
    Latasha.Mccrary@splcenter.org
    SOUTHERN POVERTY LAW CENTER
    400 Washington Street
    Montgomery, AL 36104
    (t) 334-604-5018

By: */s/ Hayden M. Schottlaender*
    Hayden M. Schottlaender*
    (SBN TX 24098391)
    HSchottlaender@perkinscoie.com
    Emma K. Roberts* (SBN TX 24126601)
    EmmaRoberts@perkinscoie.com
    PERKINS COIE LLP
    500 N. Akard Street, Suite 3300
    Dallas, TX 75201
    (t) (214) 965-7724

    David Pekarek Krohn* (SBN WI 1092062)
    DPekarekKrohn@perkinscoie.com
    PERKINS COIE LLP
    33 East Main Street, Suite 201
    Madison, WI 53703
    (t) (608) 663-7460

Abby L. Bloetscher* (SBN CA 312759)
ABloetscher@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
(t) (415) 344-7040

Ariel B. Glickman* (SBN DC 1048666)
AGlickman@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
(t) (202) 654-6200

Moeka Takagi* (SBN CA 333226)
MTakagi@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
(t) (650) 838-4494

*Admitted Pro Hac Vice

***Counsel for Plaintiff, Glen Stewart***

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of November, 2025, a copy of the foregoing was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent to all participants by operation of the Court's filing system as follows:

Marc Moroux
marcmoroux@gibsonlawpartners.com
GIBSON LAW PARTNERS, LLC
2448 Johnston Street (70503)
P.O. Box 52124
Lafayette, LA 70505
(t) 337-761 6023

*Counsel for Justin Morris*

*/s/ Jason P. Wixom*
Jason P. Wixom