**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**GLEN STEWART**                          **CASE NO.  3:21-CV-03789**

**VERSUS**                                **JUDGE TERRY A. DOUGHTY**

**CALEB LOFTIN ET AL**                    **MAG. JUDGE KAYLA D. MCCLUSKY**

**ORDER OF PARTIAL DISMISSAL**

The Court having been advised by counsel for the parties that the above action has been partially settled,

**IT IS ORDERED** that Plaintiff Glenn Stewart's claims against Defendants Caleb Loftin and Neal Harwell are hereby **DISMISSED WITHOUT PREJUDICE**, subject to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that within sixty (60) days of the signing of this Order, the above-named parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by the above-named parties.

**IT IS FURTHER ORDERED** that any pending motion, filed by or against the above-named parties, in this case is hereby **DENIED AS MOOT**.

MONROE, LOUISIANA, this 19th day of November 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE