**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| Glen Stewart, | § § § | **CIVIL ACTION NO. 3:21-CV-03789** |
| *Plaintiff,* | § § | |
| | § | **JUDGE TERRY A. DOUGHTY** |
| v. | § § | |
| | § | **MAG. JUDGE KAYLA D.** |
| Caleb Loftin, et al., | § | **MCCLUSKY** |
| | § | |
| *Defendants.* | § § | **JURY TRIAL DEMANDED** |
| | § | |

**JOINT MOTION FOR EXTENSION OF ALL CURRENT DEADLINES**

Plaintiff Glen Stewart and Defendant Justin Morris (the "Remaining Parties") hereby move this Court for an Order extending all current deadlines in this matter by approximately three months. In support of this Motion, the Remaining Parties state as follows:

1. Key fact witnesses essential to the remaining claims are unavailable for deposition until January 2026 due to scheduling conflicts and other unavoidable circumstances.

2. More, Plaintiff recently settled with Defendants Caleb Loftin and Sheriff Neal Harwell. The Remaining Parties are engaged in fruitful settlement discussions and are optimistic that additional time before the close of fact discovery would meaningfully assist those discussions. Such a settlement would, of course, fully conclude this case and conserve party and judicial resources.

3. Within the coming few weeks, the Remaining Parties have serviced and noticed significant additional discovery, including named party depositions. The scope

1

and timing of that upcoming discovery is a factor in the Remaining Parties'

settlement discussions such that proceeding with that discovery may harm

settlement efforts.

4. For those reasons, the Remaining Parties request that all existing deadlines,

including trial and pretrial submissions, be extended by approximately three

months as set forth in the table below.

| Deadline | Current Date | Requested Date |
|---|---|---|
| Discovery Completion and Discovery Motions | December 31, 2025 | March 31, 2026 |
| Simultaneous Exchange of Witness Lists (204 days before PTC) | February 4, 2026 | May 7, 2026 |
| Plaintiff's Expert Reports | March 4, 2026 | June 4, 2026 |
| Defendant's Expert Reports | April 3, 2026 | July 3, 2026 |
| Expert Depositions (105 days before PTC) | May 14, 2026 | August 14, 2026 |
| Dispositive Motions | June 12, 2026 | September 23, 2026 |
| Daubert Motions | June 12, 2026 | September 23, 2026 |
| Plaintiff Serves Pretrial Order Contents (30 days before PTO filed) | July 27, 2026 | October 23, 2026 |
| Defendant Serves Pretrial Order Contents (25 days before PTO filed) | July 30, 2026 | October 29, 2026 |
| Motions in Limine (26 days before PTC) | August 3, 2026 | October 30, 2026 |
| Counsel Conference for Pretrial Order (20 days before PTO filed) | August 4, 2026 | November 3, 2026 |
| Exchange of Exhibits (20 days before PTC) | August 7, 2026 | November 6, 2026 |

| Last Day to Notify Court of Non-Cooperation (7 days before PTO filed) | August 17, 2026 | November 16, 2026 |
|---|---|---|
| Pretrial Order (Monday before PTC) | August 24, 2026 | November 23, 2026 |
| Pretrial Memoranda (Monday before PTC) | August 24, 2026 | November 23, 2026 |
| Pretrial Conference | August 27, 2026 | November 27, 2026 |
| Pretrial Submissions (10 days before trial) | September 18, 2026 | December 18, 2026 |
| Jury Trial | September 28, 2026 | December 28, 2026 |

5.  The parties respectfully state that granting this motion will not prejudice any party

and is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, Plaintiff Glen Stewart and Defendant Justin Morris respectfully

request that the Court enter an Order extending all deadlines by approximately three

months and grant such other relief as the Court deems just and proper.

Respectfully submitted,


By: */s/ Marc Moroux*_____ ____
   Marc Moroux
   marcmoroux@gibsonlawpartners.com
   GIBSON LAW PARTNERS, LLC
   2448 Johnston Street (70503)
   P.O. Box 52124
   Lafayette, LA 70505
   (t) 337-761 6023
***Counsel for Justin Morris***

By: */s/ Malcolm Lloyd*_____
   Malcolm Lloyd (SBN LA 41573)
   mlloyd@laaclu.org
   Charles Andrew Perry (SBN LA 40906)
   APerry@laaclu.org
   Nora S. Ahmed* (SBN NY 5092374)
   NAhmed@laaclu.org
   **ACLU FOUNDATION OF LOUISIANA**
   1340 Poydras Street, Suite 2160
   New Orleans, LA 70112
   (t) (504) 522-0628

   Krista Dolan* (SBN FL 1012147)
   Krista.dolan@splcenter.org
   **SOUTHERN POVERTY LAW CENTER**
   PO Box 10788
   Tallahassee, FL 32302-2788
   (t) (850) 688-3908

Latasha McCrary* (ASB 1935-L75M)
Latasha.Mccrary@splcenter.org
**SOUTHERN POVERTY LAW CENTER**
400 Washington Street
Montgomery, AL 36104
(t) 334-604-5018


By: */s/ Hayden M. Schottlaender*

Hayden M. Schottlaender* (SBN TX 24098391)
HSchottlaender@perkinscoie.com
Emma K. Roberts* (SBN TX 24126601)
EmmaRoberts@perkinscoie.com
**PERKINS COIE LLP**
500 N. Akard Street, Suite 3300
Dallas, TX 75201
(t) (214) 965-7724

David Pekarek Krohn* (SBN WI 1092062)
DPekarekKrohn@perkinscoie.com
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
(t) (608) 663-7460

Abby L. Bloetscher* (SBN CA 312759)
ABloetscher@perkinscoie.com
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, California 94105
(t) (415) 344-7040

Ariel B. Glickman* (SBN DC 1048666)
AGlickman@perkinscoie.com
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
(t) (202) 654-6200

Moeka Takagi* (SBN CA 333226)
MTakagi@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304
(t) (650) 838-4494


*Admitted *Pro Hac Vice*

***Counsel for Glen Stewart***

4

## CERTIFICATE OF CONFERENCE

On November 25, 2025, I conferred with Marc Moroux, attorney for Justin Morris, with respect to the relief sought in the Joint Motion to Extend All Current Deadlines. He confirmed that Defendant Morris does not oppose the requested relief (and indeed joins in the making of the motion) such that the motion is uncontested and unopposed.

*s/  Hayden M. Schottlaender*

Hayden M. Schottlaender

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this 25th day of November 2025, a copy of the foregoing

was filed electronically with the Court using the CM/ECF system.  Notice of this filing

will be sent to all participants by operation of the Court's filing system as follows:

Marc Moroux
marcmoroux@gibsonlawpartners.com
GIBSON LAW PARTNERS, LLC
2448 Johnston Street (70503)
P.O. Box 52124
Lafayette, LA 70505
(t) 337-761 6023

***Counsel for Justin Morris***

*/s/ Hayden M. Schottlaender*