IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| Glen Stewart, § § § *Plaintiff*, § § v. § Caleb Loftin, et al., § § *Defendants*. § § | | CIVIL ACTION NO. 3:21-CV-03789 <br><br> JUDGE TERRY A. DOUGHTY <br><br> MAG. JUDGE KAYLA D. MCCLUSKY <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF**

**<u>ALL CURRENT DEADLINES</u>**

Before the court is a Joint Motion for Extension of All Current Deadlines [Doc. 154] filed by Plaintiff Glen Stewart and Defendant Justin Morris. Finding good cause shown,

**IT IS HEREBY ORDERED** that the Joint Motion to Extend All Current Deadlines is **GRANTED**.

**IT IS FURTHER ORDERED** that all current deadlines in this matter are amended as set forth in the Table below:

| Deadline | Current Date | New Date |
|---|---|---|
| Discovery Completion and Discovery Motions | December 31, 2025 | March 31, 2026 |
| Simultaneous Exchange of Witness Lists (204 days before PTC) | February 4, 2026 | May 7, 2026 |
| Plaintiff's Expert Reports | March 4, 2026 | June 4, 2026 |
| Defendant's Expert Reports | April 3, 2026 | July 3, 2026 |
| Expert Depositions (105 days before PTC) | May 14, 2026 | August 14, 2026 |

| | | |
|---|---|---|
| Dispositive Motions | June 12, 2026 | September 23, 2026 |
| Daubert Motions | June 12, 2026 | September 23, 2026 |
| Plaintiff Serves Pretrial Order Contents (30 days before PTO filed) | July 27, 2026 | October 23, 2026 |
| Defendant Serves Pretrial Order Contents (25 days before PTO filed) | July 30, 2026 | October 29, 2026 |
| Motions in Limine (26 days before PTC) | August 3, 2026 | October 30, 2026 |
| Counsel Conference for Pretrial Order (20 days before PTO filed) | August 4, 2026 | November 3, 2026 |
| Exchange of Exhibits (20 days before PTC) | August 7, 2026 | November 6, 2026 |
| Last Day to Notify Court of Non-Cooperation (7 days before PTO filed) | August 17, 2026 | November 16, 2026 |
| Pretrial Order (Monday before PTC) | August 24, 2026 | November 23, 2026 |
| Pretrial Memoranda (Monday before PTC) | August 24, 2026 | November 23, 2026 |
| Pretrial Conference | August 27, 2026 | November 27, 2026 |
| Pretrial Submissions (10 days before trial) | September 18, 2026 | December 18, 2026 |
| Jury Trial | September 28, 2026 | December 28, 2026 |

**SO ORDERED** on this _____ day of November 2025.

_____
MAGISTRATE JUDGE KAYLA D. MCCLUSKY