UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GLEN STEWART** | **CASE NO. 3:21-CV-03789** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CALEB LOFTIN ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the Joint Motion for Extension of All Current Deadlines [Doc. No. 154],

**IT IS ORDERED** that the Motion is **GRANTED**, and the trial, pretrial conference, and any remaining deadlines are **CONTINUED**.

**IT IS FURTHER ORDERED** that the Scheduling Order [Doc. No. 148] is **VACATED**. The Clerk is requested to issue a new scheduling order that adheres, to extent possible, to the dates labeled "New Date" in [Doc. No. 154-1].

MONROE, LOUISIANA, this 26th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE