# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| GLEN STEWART,<br>　　　　Plaintiff,<br><br>VERSUS<br><br>CALEB LOFTIN, ET AL.,<br>　　　　Movers | CIVIL ACTION NO. 3:21-cv-03789<br><br>JUDGE: TERRY A. DOUGHTY<br><br>MAGISTRATE JUDGE MCCLUSKY |

## **UNOPPOSED MOTION TO EXTEND SIXTY-DAY ORDER OF DISMISSAL**

**NOW INTO COURT,** undersigned counsel, come Defendants, Sheriff Neal Harwell and Caleb Loftin, who respectfully request that this Court extend its sixty-day order of dismissal by thirty-days for the reasons listed below:

1.

On November 19, 2025, Glen Stewart, Sheriff Neal Harwell, and Caleb Loftin notified this Court that they had entered into a settlement agreement.[1]

2.

That same day, this Honorable Court entered its sixty-day order of dismissal into the record.[2]

3.

The parties, collectively, are working to execute the Receipt and Release in this matter, and Defendants are awaiting receipt of the appropriate W9 or Form 1099 that is necessary to issue the settlement check in this matter.

---

[1] R. Doc. 152.
[2] R. Doc. 153.

4.

The parties believe that the settlement in this matter will be perfected shortly. However, and strictly out of an abundance of caution, Defendants respectfully request an additional thirty-days, or until February 17, 2026, to finalize the settlement procedure in this matter.

5.

On January 13, 2026, counsel for Plaintiff and the undersigned discussed this motion and Defendants' proposed extension of time. Plaintiff has no opposition to the granting of this motion.

**WHEREFORE,** Defendants respectfully request that this Honorable Court extend its sixty-day Order of Dismissal until February 17, 2026, so that the parties may finalize the settlement proceedings in this matter.

Respectfully submitted,

RODRIGUE & ARCURI, LLP

 s/ *Jason P. Wixom*
BLAKE J. ARCURI (LSBN #32322)
LAURA C. RODRIGUE (LSBN #30428)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR DEFENDANTS
Email: lcr@rodriguearcuri.com
            bja@rodriguearcuri.com
            jason@rodriguearcuri.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

                                                     s/ *Jason P. Wixom*
                                                     JASON P. WIXOM